IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>    Plaintiff,<br><br>vs.<br><br>P.B.S.P. THIRD WATCH,<br><br>    Defendant. | No. C 07-03144 JW (PR)<br><br>JUDGMENT |

    For the reasons stated on the order of dismissal, the complaint is DISMISSED without prejudice. Judgment is entered accordingly.

    The clerk shall close the file.

DATED: October 9, 2007

JAMES WARE
United States District Judge

Judgment
P:\PRO-SE\SJ.JW\CR.07\Weaver03144_judgment.wpd